| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>CXE 15-003738<br>Shapiro & DeNardo, LLC<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856)793-3080<br>Chandra M. Arkema - 029552006<br>Krystin M. Alex - 171402015<br>Katherine Knowlton Lopez - 013502011<br>Kathleen M. Magoon - 040682010<br>Donna L. Skilton - 013072007<br>Charles G. Wohlrab - 016592012<br>Rebecca Cirrinicione - 031212012<br>Courtney A. Martin - 098782016<br>Jeffrey Rappaport - 003431991<br>ATTORNEYS FOR NATIONSTAR MORTGAGE LLC | Order Filed on December 20, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>TERRY BROWN, DEBTOR | CASE NO.: 17-14207-ABA<br><br>JUDGE: HONORABLE Andrew B. Altenburg, Jr. |

## ORDER VACATING STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: December 20, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of SHAPIRO & DENARDO, LLC, Attorneys for NATIONSTAR MORTGAGE LLC under Bankruptcy Code section 362(d) for relief from the Automatic Stay as to certain real property as hereinafter set forth, and for cause shown,

1. The Automatic Stay of Bankruptcy Code section 362(a) is vacated to permit the movant to institute or resume and prosecute to conclusion one or more action(s) in the court (s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant or alternatively to allow movant to pursue alternatives to foreclosure upon the following:

_____   Land and premises commonly known as LOT 12 BLOCK 1602 F/K/A LOT 40 BLOCK 38

COMMONLY KNOWN AS 2533 COLES MILL ROAD, FRANKLINVILLE (FRANKLIN TOWNSHIP), NEW JERSEY 08322.

2. The movant may join the Debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the Debtor, any trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Terry Brown  
      Debtor

Case No. 17-14207-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 1              Date Rcvd: Dec 20, 2017
                        Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2017.
db             +Terry Brown,    2533 Coles Mill Road,    Franklinville, NJ 08322-3006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2017 at the address(es) listed below:
      Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC cwohlrab@logs.com, njbankruptcynotifications@logs.com
      Denise E. Carlon    on behalf of Creditor    Carisbrook Asset Holding Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
      Richard S. Hoffman, Jr.    on behalf of Debtor Terry  Brown rshoffman@hoffmandimuzio.com, lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                  TOTAL: 5