UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
BROWN, TERRY

Case No.: 17-14207-ABA  
Chapter: 7  
Judge: Andrew B. Altenburg, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on March 27, 2018, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No.  4B  . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 2533 COLES MILL ROAD, FRANKLINVILLE NJ 08322<br>(FMV $203,899.00)<br>509 SPRUCE AVENUE, PITMAN, NJ<br>(FMV: $130,000.00) |
|---|---|

| Liens on property: | $231,095.86 - NATIONSTAR MTG (FRANKLINVILLE)<br>$424,821.08 - ROUNDTOP MTG (PITMAN)<br>$329.77 - ATLANTIC INVESTMENT RESOURSES (PITMAN) |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:        Andrew Sklar, Chapter 7 Trustee

Address:        1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

```
                         United States Bankruptcy Court
                               District of New Jersey
```

In re:                                                              Case No. 17-14207-ABA
Terry Brown                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 1          Date Rcvd: Feb 21, 2018
                              Form ID: pdf905          Total Noticed: 17
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2018.
db           #+Terry Brown,   2533 Coles Mill Road,    Franklinville, NJ 08322-3006
516680610    +Atlantic Investment Resources,    429 White Horse Pike,    Haddon Heights, NJ 08035-1706
516680611    +Borough of Pitman,    110 South Broadway,    Pitman, NJ 08071-2217
516680613    +KML Law Group, PC,    26 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2731
516680614   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court:   Nationstar Mortgage, LLC,    PO Box 619096,   Dallas, TX 75261-9741)
516921115    +Nationstar Mortgage LLC,    Bankruptcy Department, PO Box 619094,    Dallas, Texas 75261-9094
516680615     Roundpoint Mortgage Servicing Corp.,    PO Box 19409,    Charlotte, NC 28219-9409
516680616    +Shapiro & DeNardo, LLC,   14000 Commerce Parkway, Suite B,    Mount Laurel, NJ 08054-2242
516770302     Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    P.O. BOX 19657,    IRVINE, CA 92623-9657
516680619     Wells Fargo Dealer Services,    PO Box 29296,   Phoenix, AZ 85038-9296

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Feb 21 2018 23:34:31      U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 21 2018 23:34:29      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516910218    +E-mail/Text: bankruptcy@cavps.com Feb 21 2018 23:34:48      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516680612    +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Feb 21 2018 23:35:01
               Comcast Cable,    1 Comcast Center,   Philadelphia, PA 19103-2899
516680617     E-mail/Text: bankruptcy@sw-credit.com Feb 21 2018 23:34:32      Southwest Credit,
               4120 International Parkway,    Suite 1100,   Carrollton, TX 75007-1958
516683082    +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 23:39:18      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
516680618     E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 23:38:57      Synchrony Bank/Care Credit,
               PO Box 965061,    Orlando, FL 32896-5061
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2018 at the address(es) listed below:
              Andrew   Sklar    andy@sklarlaw.com,    NJ43@ecfcbis.com;dolores@sklarlaw.com
              Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    Carisbrook Asset Holding Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Richard S. Hoffman, Jr.    on behalf of Debtor Terry  Brown rshoffman@hoffmandimuzio.com,
               lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```